**ORIGINAL**         FILED

1. Name: Luis David Barrero
2. Address: 1440 N Curson AV
3. LA CA 90046 acuariumnatura@gmail.com
4. Phone: 424 394 6597
5. Plaintiff In Pro Per  Luis David Barrero

2016 DEC -2 PM 12:21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

LA CV16 08937-SVW-AJW

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10. Luis David Barrero,
11. PLAINTIFF,
12. vs.
13. US federal govertment, Colombian
14. govertment, mexicant govertment
15. exxon mobil, Bank industry
16. International Association of
17. Churches, world Bank
18. DEFENDANT(S).

Case No.: _____
(To be supplied by the Clerk)

COMPLAINT FOR:
Damage of human integrity and
Privacy abuse of mental condition
Political corruption, Corrup institu-
tions, injustice, illegal business

Jury Trial Demanded   Yes

## I. JURISDICTION

1. This Court has jurisdiction under International Jurisdiction (1868) extraterritorial Jurisdiction (1818) federal jurisdiction (1800)

Pro Se Clinic Form          Page Number

## II. VENUE

2. Venue is proper pursuant to 301 West First St Los Angeles CA 90012

## III. PARTIES

3. Plaintiff's name is Luis David Barrero. Plaintiff resides at: 1440 N Curson Av LA CA 90046

4. Defendant Mexican goverment generalt

5. Defendant Colombian goverment. generalt

*Page Number*

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

(Stole Cyber crime violation of human rights life and science.)
*insert title of cause of action*

**(As against Defendant(s):** Stole my life, and science proyect after damage my life and family. )

(1868) 1. I was in Mexco by 06/sep/2016 performing and investigation about Philosophy, History, and archeology in some areas of town call Oaxaca, and well as every thing in Mexico is asociated to narcotraffic, so even police, homosexual and lesbian grups sponsored by the goverment instigate me.

(1800) 2. Then this Association of corruptive people, access my phone through an on line service provider, and stole the confidential information related to my medical treatment and then ridicule my work and for sure try to justify with this groups I mention including Churches;

(1800) 3. I found and reconnoiter part of this groupe of lesbians, homosexuals and Church and government corruption at this place people tir participate of illegul government campaigns, and political fraud and international thief related to Reports to the international police.

## SECOND CAUSE OF ACTION

( _Political Report._ )
*insert title of cause of action*

(As against Defendant(s): _____ )

___. Ignorance and corruption, prostitution. Victim of humiliation and insult by "spiritual" grups such as Chamans, Scientologists, clandestine christian churches, Jehovah business, TV chanesl, and some other persons, the relly cause me a Trauma mental and physical, invasion of privacy

___. Medical negligence and abuse this happened in Mexico after they robbed me in Bogota colombia and before that in my fist Trip to mexico, well just to crarify the 3 times it was important and confidential information related to medicine, History, technology

___. none conparative goverment, illigal procedures between the republic of Colombia, and the mexican nation they both involved ind traffic, narco war, (ad) and money laundering for suspicious politicians and some departments of the republic, and add the illigal ways of universitys.

*Page Number*

## THIRD CAUSE OF ACTION

(Human rights universal dec statement)
*insert title of cause of action*

(As against Defendant(s): Mexican and Colombian Organization Foundation and business)

(1800) 1. Medical sindrome about mental diagnosis beeing abuse in the Colombian territory by grup call Lucero del alba Chaman Association or group of people the offer medicine but define as a Sorcerer and witch, and work for varius governments, proyects, and bugets.

(1868) 2. Key word first diagnose Schizophrenia, and then became a US government associated social security rehabilitated current diagnose Dumm ue, with serious mental trauma, and stigma of abuse and consideration of pathology, symptom, psicological treatment

(1868) 3. Violence. and instigate by grups like Regular Chistian Churches, Jehovah's witnesses, scientology, and illegal gruops the have nexus with corrupcion and nurcotrapict.

## IV. STATEMENT OF FACTS

___. *Insert ¶ #* Medical condition, stole of medical products including procedures and techniques, Books documents, cellphone, and identity suspec in the US and Colombia, and mexico victim of scams and cyber crime. (Po) I also would like to make and stament about beeing poisoned for this Chaman groves specifically (Lucero del Alba) and guy named Juan Guillermo Hernandez.

___. *Insert ¶ #* Prostitution forced by playing with my fellings, Mental condicion, and physical nature, I want comment the I practice love techniques such as tantra, meditation, and sports but because this orientation, and my rehabilitation many of this groups and business decide to discriminate me untill ruin my life proyec, because it was not convenient for them so technically I had to use sexual services from prostitus

___. *Insert ¶ #* Wrong managment of TV channels and comunication media, political fraud. Well I been collecting prubs since I been recibing money from Social Security, for my medical treatment and rehab I am sure the US 1st been affected by this kind of issues that envolve buget, economy, politics, and honest about programs, investments, and life.

# FOURTH CAUSE OF ACTION

( Prostitution )
*insert title of cause of action*

**(As against Defendant(s):** US. Mexican, and Colombian business and, associations including government. )

1. DNA Code prostituted by illigal business and associations sponsored by church, group of lesbians and homosexuals. Prubs able by Request.

2. human abuse. Family Damaged instigation and Sirius threats agains my life, discrimination about my beliefs, my culture, and love, also forced to commit (erors) mistakes and go against my self for my mental condition. and

3. Medical negligence. try to talk with the doctor about this issues but it was imposible because the local buget and the international investment from the US was stole or wrong investments or fake polititians wasting the investment.

___. Defendant **United States government (Federal Bank)**
*Insert ¶ #*

___. Defendant **United nations (World Bank)**
*Insert ¶ #*

___. Defendant **Mexican Government general**
*Insert ¶ #*

___. Defendant **Colombian government ministries**
*Insert ¶ #*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. Well thank you all to consider this request I would like to propouse legal investments to promote investigation about this issues between governments oil companys such as mobil, banks and other business

___. As a valid grade on Philosophy part of old time U.S educational programs in South America. want to found a non profit organization to work and promote the United States Constitution and Universal declaration of human Rights.

___. work as free mason logy to invate and congreggate humans in this king of mentality bring Army and Police forces U.S. Department of Commerce, Sports players, doctors and Smart politicians

___. I want to use free spaces the belong to the city and the logy related to architecture, archeology Sculpture, and used for security and investigation in America. also get to know the humans I will work for and take legal actions.

Dated: December / 02 / 2016
Sign: _____
Print Name: Luis David Barrero

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: December /02 / 2016

Sign: _____

Print Name: Luis David Barrero

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

**DEFENDANTS** ( Check box if you are representing yourself [X] )

**(b)** County of Residence of First Listed Plaintiff: U.S.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: United nations
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [X] 3 | Foreign Nation | [X] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [ ] No  [ ] **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 480 Consumer Credit | | [ ] 340 Marine | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 490 Cable/Sat TV | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 850 Securities/Commodities/Exchange | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 891 Agricultural Acts | [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [X] 440 Other Civil Rights | [ ] 690 Other | |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | **LABOR** | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | **REAL PROPERTY** | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: LA CV16 08937-SVW-AJW

CV-71 (07/16)                                CIVIL COVER SHEET                                Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☐ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question B.2. |
|---|---|---|
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☒ Yes ☐ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>☒ NO. Continue to Question C.2. |
|---|---|---|
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☒ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☐ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | Western Division |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

CV-71 (07/16)                         CIVIL COVER SHEET                        Page 2 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _[signature]_     DATE: 30 /NOV/ 2016

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |